UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jammie S. Siemer,                             Case No. 3:18-cv-773

            Plaintiff,

v.                                              ORDER

Commissioner of Social Security,

            Defendant.

Before me is the January 24, 2019 Report and Recommendation of Magistrate Judge Thomas M. Parker, (Doc. No. 17), concerning Defendant's motion for voluntary remand. (Doc. No. 14). Judge Parker recommends I vacate the Commissioner of Social Security's finding that Plaintiff Jammie Siemer is not disabled and remand the case with instructions for the Appeals Council to instruct the administrative law judge to reevaluate the opinion of one of Siemer's treating physicians, Peter White, M.D., to develop the administrative record as necessary to determine whether Siemer is disabled within the meaning of the Social Security Act, and to issue a new decision. (Doc. No. 17 at 4).

Under federal law, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981). Both parties have filed notices advising that they will not file objections to Judge Parker's Report and Recommendation. (Doc. No. 18 and 19).

Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation, (Doc. No. 17), in its entirety as the Order of the Court, vacate the Commissioner's decision, and remand this case for further proceedings as described above.

So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge